EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Enmienda a la Regla 12(e) del Reglamento del Tribunal Supremo de Puerto Rico | 2005 TSPR 94 <br><br> 164 DPR \_\_\_\_ |

Número del Caso: ER-2005-7


Fecha: 30 de junio de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

Enmienda a la Regla 12(e) del
Reglamento del Tribunal Supremo
de Puerto Rico

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de junio de 2005.

Al amparo del poder inherente de este Tribunal para regular la admisión y el ejercicio de la práctica de la abogacía y la notaría en Puerto Rico, se enmienda la Regla 12(e) del Reglamento del Tribunal Supremo de Puerto Rico, para que exprese lo siguiente:

**Regla 12(e)** Cualquier persona admitida al ejercicio de la abogacía en un estado o territorio de los Estados Unidos de América o en el Distrito de Columbia podrá ser autorizada por cortesía por este Tribunal para postular como abogado(a) en Puerto Rico en casos especiales.

La solicitud deberá ser endosada por un(a) abogado(a) admitido(a) al ejercicio de su profesión por este Tribunal, quien dará fe de la capacidad de la persona solicitante para postular como abogado(a) en el caso correspondiente. Deberá unirse a la misma un certificado expedido por el más alto tribunal del estado en el cual la persona solicitante esté admitido(a) al ejercicio de la profesión, haciendo constar el hecho de su

admisión y que a la fecha del certificado se mantiene debidamente acreditado. Salvo dispensa autorizada por justa causa por este Tribunal, la solicitud debe estar acompañada de sellos de rentas internas por valor de cuatrocientos dólares ($400). Tanto la persona solicitante como el(la) abogado(a) que endose su solicitud deberán hacer constar que la primera domina el español. De lo contrario, la autorización que expida este Tribunal exigirá que la persona solicitante postule acompañada por un(a) abogado(a) del foro puertorriqueño que domine tanto el español como el inglés.

Esta enmienda entrará en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Rebollo López y Fuster Berlingeri no intervinieron.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo